AM 1 2 3 4 5 6 7 8 9 10 11 12 PM
RECEIVED & FILED
CLERK'S OFFICE
SEP 10 2026
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GABRIEL RIVERA-MONTILLA,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 26- 373 (CVR)<br><br>VIOLATION:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)(l)<br>28 U.S.C. § 2461(c)<br><br>TWO COUNTS |

THE GRAND JURY CHARGES:

COUNT ONE
Prohibited Person in Possession of a Firearm and Ammunition: Felon
(18 U.S.C. § 922(g)(l))

On or about August 28, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JUAN GABRIEL RIVERA-MONTILLA,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition – that is, one (1) Glock pistol, model 22, .40 caliber, bearing serial number VZE935, and rounds of .40 caliber ammunition– said firearm, and ammunition having been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(8).

COUNT TWO
Possession of Machineguns
(18 U.S.C. § 922(o))

On or about August 28, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JUAN GABRIEL RIVERA-MONTILLA,

did knowingly possess machineguns, that is, one (1) Glock pistol, model 22, .40 caliber, bearing serial number VZE935, that had been modified so that it was then capable of firing more than one shot, without manual reloading, by a single function of the trigger; and a part designed and intended designed solely and exclusively for use in converting a weapon into a machinegun. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
(18 U.S. C. § 924(d)(l) and 28 U.S.C. § 246l(c))

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the Defendant JUAN GABRIEL RIVERA-MONTILLA shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), any firearm, magazine and ammunition involved or used in the commission of those offenses, including but not limited to one (1) Glock pistol, model 22, .40 caliber,

bearing serial number VZE935, five (5) magazines and ninety eight (98) rounds of .40 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

TRUE BILL

[redacted]

Date: 10-IX-2026

HECTOR RAMIREZ-CARBO
Acting United States Attorney

Jeanette M. Collazo-Ortiz
Chief, Violent Crimes Section

Olga B. Castellon-Miranda
Assistant United States Attorney